TO: Office of the Clerk
    U.S. District Court

FROM: Ernest A. Crump Jr, Plaintif,
    Civ. Nos. 04-328-SLR and Civ. No. 04-329-SLR

DATE: 06-22-05

RE: USM 285 forms sent

**FILED**
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Dear Clerk,

Enclosed are all the 285 forms for the defendants in both cases, in case no. 04-328-SLR, I have several john and jane doe defendants that can't be identified until I submit a discovery request, which I will send to them after service of said complaint.

thank you,

Respectfully,

Ernest A. Crump Jr, Plaintiff

I/M Ernest A. Crump Jr
SBI# 149221   UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

U.S.M.S.
X-RAY