IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNEST A. CRUMP, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-328-SLR |
| ) | |
| STAN TAYLOR, THOMAS CARROLL, ) | |
| CORRECTIONAL MEDICAL SERVICES,) | |
| DAVID DUNINGTON, MICHAEL ) | |
| BRYANT, JOHN DOE # 3, JANE ) | |
| DOE #1 and JOHN DOE #4. ) | |
| ) | |
| Defendants. ) | |

O R D E R

At Wilmington this 29th day of June, 2005, consistent with the amended complaint (D.I. 7);

IT IS ORDERED that the caption of the matter at bar shall appear as listed above.

_____
United States District Judge