TO: Peter T. Dalleo - Clerk, U.S. District Court

FROM: Ernest A. Crump, Jr. - Petitioner - C.A. # 04-328 (SLR) &
C.A. # 04-329 (SLR)

DATE: JULY 28, 2005

RE: Notification of service of complaints.

**FILED**
**JUL 29 2005**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Mr. Dalleo:

I have not yet received notification from the Marshall about whether he has served the above captioned cases and complaint along with the 285 Forms on the defendants, or do I have to be notified?

My main reason for this inquiry is because I have Discovery Request's, Interrogatories and Requests for Admissions, in both cases, already prepared and ready to be served on the defendants, as soon as I know that the defendants have received my complaints.

I'd truly appreciate some clarification about this issue. Thanks.

Sincerely,

Ernest A. Crump, Jr.
S.B.I. # 149221





Peter T. Calleo - Clerk
U.S. District Court
844 King Street - Lockbox 18
Wilmington, Delaware
19801



I/M Ernest A. Crump Jr
SBI# 149221   UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977