IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT

OF DELAWARE

| | | |
|---|---|---|
| Ernest A. Crump Jr | ) | doc # 3 |
|    plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. 04-0328- SLR |
| Stan Taylor | ) | |
|    et al, | ) | |
|    defendants. | ) | |

## PLAINTIFFS DISCOVERY REQUEST

FILED
AUG -9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff hereby request that the defendant, Stan Taylor, Commissioner of the Delaware Department of Corrections, to produce and permit plaintiff to inspect and photocopy the following documents in accordance with Rule 34 of the Federal Rules of Civil Procedures:

1. All instructions promulgated by the Department of Corrections in connection with the placement of an inmate in the RAM ROOM, or whatever other said room it is known by.

2. An incident report, if any, or any other documentation indicating what happened, if anything at Delaware Correctional Center Receiving Room on 08-30-02 in reference to the plaintiff.

3. Transfer documentation of plaintiff being transferred on 08-30-02 from Delaware Correctional Center Receiving Room to the RAM ROOM.

4. Transfer documentation from Delaware Correctional Center RAM ROOM to Delaware Correctional Center Pre-Trial.

5. The name of the female Correctional Officer at the Delaware Correctional Center Hospital on 08-30-02 that had the plaintiff go into the RAM ROOM on that day - refered to in this complaint as Jane Doe #1.

6. The name of the Watch Commander and/or Shift Commander who worked at Delaware Correctional Center on 08-30-02 and was there at Delaware Correctional Center when the plaintiff was transfered from Delaware Correctional Center Receiving Room to the RAM ROOM - refered to in this complaint as John Doe #4.

7. A blueprint and/or diagram of the RAM ROOM at Delaware Correctional Center or whatever other name it is known by.


Dated: JUNE 29, 2005

Ernest A. Crump
Plaintiff
Delaware Correctional Ctr.
1181 Paddock Road
Smyrna, DE  19977

## Certificate of Service

I, __ERNEST A. CRUMP JR__, hereby certify that I have served a true
and correct ~~copy~~ ORIGINAL/COPIES of the attached: __DISCOVERY, INTERROGATORIES & ADMISSIONS TO DEFENDANTS - C.A. NO. 04-328-SLP__ upon the following parties/person(s):

"COPIES"
TO: __OFFICE OF THE CLERK__
__U.S. DISTRICT COURT__
__844 N. KING ST. LOCKBOX 18__
__WILMINGTON, DE__
__19801-3570__

TO: _____

"ORIGINALS"
TO: __ATTORNEY GENERALS OFFICE__
__DEPARTMENT OF JUSTICE__
__820 NORTH FRENCH ST.__
__WILMINGTON, DE__
__19801__

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __7th__ day of __August__, 200__5__

_Ernest A. Crump Jr_ (signature)

IM ERNEST A. CRUMP JR
SBI# 149226 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON, DELAWARE
19801-3570

