IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

ERNEST A. CRUMP, JR
    PLAINTIFF,

V.

STAN TAYLOR
    ET AL
        DEFENDANTS.

C.A. NO. 04-328-SLR



FILED
AUG - 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFFS FIRST SET OF INTERROGATORIES
TO DEFENDANT THOMAS CARROLL

TO THE DEFENDANT. THOMAS CARROLL,

YOU ARE HEREBY NOTIFIED TO ANSWER UNDER OATH, THE INTERROGATORIES NUMBERED 1 TO 19, INCLUSIVE AS SHOWN BELOW, WITHIN 30 DAYS OF THE TIME SERVICE IS UPON YOU, IN ACCORDANCE WITH RULE 33 OF THE FEDERAL RULES OF CIVIL PROCEDURES.

    INTERROGATORY NO. 1. WERE YOU THE WARDEN AT DELAWARE CORRECTIONAL CENTER, SMYRNA DELAWARE ON 08-30-02 THROUGH 09-04-02?

    INTERROGATORY NO. 2. IS THE WATCH COMMANDER OR SHIFT COMMANDER AT DELAWARE CORRECTIONAL CENTER UNDER YOUR COMMAND OR AUTHORITY?

INTERROGATORY NO. 3. IS'NT IT TRUE THAT ON 8-30-02 THE PLAINTIFF WAS TRANSFERED FROM THE DELAWARE CORRECTIONAL CENTER RECEIVING ROOM, TO THE DELAWARE CORRECTIONAL CENTER HOSPITAL AND PLACED IN A ROOM KNOWN AS THE "RAM ROOM"?.

INTERROGATORY NO. 4. IS'NT IT TRUE THAT SAID RAM ROOM AT D.C.C. HAD A TOILET IN SAID ROOM THAT WAS A HOLE IN THE FLOOR, THAT COULD ONLY BE FLUSHED FROM THE OUTSIDE OF THE ROOM BY A CORRECTIONAL OFFICER AT THEIR CONVENIENCE?.

INTERROGATORY NO. 5. IS'NT IT TRUE THAT SAID RAM ROOM HAD NO RUNNING WATER LOCATED INSIDE SAID ROOM?.

INTERROGATORY NO. 6. IS'NT IT TRUE THAT THE PLAINTIFF WAS STRIPPED TOTALLY NAKED AFTER BEING PLACED IN SAID RAM ROOM, AND THEN GIVEN 2 SHEETS OF PAPER TOWEL TYPE MATERIAL TO WRAP AROUND HIS NAKED BODY?.

INTERROGATORY NO. 7. IS'NT IT TRUE THAT THE PLAINTIFF HAD TO SLEEP ON A CEMENT SLAB ON THE FLOOR WITH NO BEDDING MATERIAL OR A METAL FRAME BED ON THE FLOOR WITH NO BEDDING?.

INTERROGATORY NO. 8. WHAT WAS THE REASON THE PLAINTIFF WAS PLACED IN SAID RAM ROOM?

INTERROGATORY NO. 9. IF THE PLAINTIFF WAS PLACED ON SUICIDE WATCH, IS'NT IT TRUE THAT THERE WERE OTHER ROOM OR ROOMS THAT THE PLAINTIFF COULD HAVE BEEN PLACED IN ASIDE FROM THE RAM ROOM?

INTERROGATORY NO. 10. IS'NT IT TRUE THAT THERE ARE OTHER ROOMS AT D.C.C. HOSPITAL USED TO OBSERVE INMATES ON SUICIDE WATCH, THAT HAVE REGULAR CELL TOILETS, RUNNING WATER IN CELLS, TOILET PAPER IN CELLS, A REGULAR BED WITH BEDDING AND CLOTHING TO WEAR?

INTERROGATORY NO. 11. IS'NT IT TRUE THAT THE PLAINTIFF COULD HAVE BEEN PLACED IN ANOTHER ROOM OTHER THAN THE RAM ROOM?

INTERROGATORY NO. 12. IS'NT IT TRUE THAT YOU HAD THE AUTHORITY TO HAVE THE PLAINTIFF RELEASED FROM SAID RAM ROOM WITHOUT HIM HAVING TO SPEND THOSE 5 DAY IN THERE?

INTERROGATORY NO. 13. ACCORDING TO THE RECORDS, NOTES OR MEMO'S ABOUT THIS INCIDENT, IS'NT IT TRUE THAT AT NO TIME DURING THE PLAINTIFFS 5 DAY STAY AT SAID RAM ROOM, HE NEVER DISPLAYED ANY BEHAVIOR OF VIOLENCE OR AGRESSION, PHYSICALLY OR VERBALLY, TOWARDS ANY MEDICAL STAFF, CORRECTIONAL STAFF OR OTHER PERSONEL AT THE HOSPITAL?

INTERROGATORY NO. 14. IF A PRISONER IS PLACED ON SUICIDE WATCH AND PLACED IN THE RAM ROOM OR ANY OTHER ROOM, IS THERE SOME KIND OF FOLLOW-UP PROCEDURE TO CHECK UP ON HIM AFTER HE'S RELEASED FROM SAID ROOMS?

INTERROGATORY NO. 15. WAS THE PLAINTIFF EVER CHECKED ON FOR SOME FORM OF FOLLOW-UP AFTER BEING RELEASED FROM THE RAM ROOM?

INTERROGATORY NO. 16. PLEASE EXPLAIN WHY ALTHOUGH THE PLAINTIFF WAS PLACED ON SUICIDE WATCH 8·30·02, THERE HAS NEVER BEEN ANY FOLLOW-UP?

INTERROGATORY NO. 17. ISN'T IT POSSIBLE THAT MAYBE THE PLAINTIFF SHOULD HAVE NEVER BEEN PLACED IN THE RAM ROOM?

INTERROGATORY NO. 18. AS THE WARDEN OF DELAWARE CORRECTIONAL CENTER, ISN'T IT YOUR OVERALL RESPONSIBILITY TO ENSURE THAT PRISONERS AREN'T ABUSED BY YOUR STAFF?

INTERROGATORY NO. 19. ISN'T IT POSSIBLE THAT THE PLAINTIFF MAY HAVE BEEN ABUSED BY BEING PLACED IN THE RAM ROOM?

DATED: 06·29·05

*[signature]*
PLAINTIFF
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE. 19977