IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

ERNEST A. CRUMP JR,

PLAINTIFF

V.

STAN TAYLOR

ET AL

DEFENDANTS.

C.A. NO. 04-328-SLR



PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

PURSUANT TO RULE 36 OF THE FEDERAL RULES OF CIVIL PROCEDURES PLAINTIFF REQUEST DEFENDANT THOMAS CARROLL TO ADMIT THE FOLLOWING:

1. ON AUGUST 30, 2002, THE PLAINTIFF WAS TRANSFERED FROM THE DELAWARE CORRECTIONAL CENTER RECEIVING ROOM, TO THE DELAWARE CORRECTIONAL CENTER HOSPITAL AND PLACED IN A ROOM COMMONLY KNOWN AS THE "RAM ROOM".

2. PLAINTIFF REMAINED IN SAID RAM ROOM UNTIL SEPTEMBER 3, 2002.

3. PLAINTIFF WAS STRIPPED TOTALLY NAKED AFTER ENTERING SAID RAM ROOM ON AUGUST 30, 2002.

4. PLAINTIFF WAS GIVEN 2 PIECES OF PAPER TOWEL TYPE MATERIAL FOR CLOTHING WHILE HE WAS HOUSED IN THE RAM ROOM

5. THE RAM ROOM HAS A TOILET THAT IS A HOLE IN THE FLOOR.

6. THE RAM ROOM HAS NO RUNNING WATER.

7. THE RAM ROOM HAS A METAL BED WITH NO BEDDING MATERIAL, INCLUDING NO MATTRESS.

8. THE RAM ROOM HAS A CEMENT SLAB ON THE FLOOR FOR A BED, WITH NO BEDDING MATERIAL, INCLUDING NO MATTRESS.

(1)

9. THE RAM ROOM HAS NO TOILET PAPER IS SAID ROOM.

10. THE RAM ROOM'S TOILET CANNOT BE FLUSHED FROM INSIDE SAID ROOM BY THE INMATE.

DATED: JULY 4, 2005

PLAINTIFF

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE. 19977