IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERNEST A. CRUMP, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-328 SLR |
| | ) | |
| STAN TAYLOR, THOMAS CARROLL, CORRECTIONAL MEDICAL SERVICES, DAVID DUNINGTON, MICHAEL BRYANT, JOHN DOE #3, JANE DOE #1 and JOHN DOE #4, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**TO THE PROTHONOTARY:**

    Kindly enter my appearance on behalf of defendant, Correctional Medical Services, in the above-captioned matter.

                              **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

                              BY:   */s/ Kevin J. Connors*
                                      KEVIN J. CONNORS, ESQ.
                                      DE Bar ID: 2135
                                      1220 North Market Street, 5th Fl.
                                      P.O. Box 8888
                                      Wilmington, DE 19899-8888
                                      Attorney for Defendant,
                                      Correctional Medical Services

DATED: August 12, 2005

\15_A\LIAB\KJC\SLPG\300499\VXL\13252\00155

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served upon all persons listed below two true and correct copies of the ENTRY OF APPEARANCE, in the above-captioned matter via E-file and to counsel of record via certified mail.

Ernest A. Crump, Jr.
SBI#00149221
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                      **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

                              BY:   */s/ Kevin J. Connors*
                                            KEVIN J. CONNORS, ESQ.
                                            DE Bar ID: 2135
                                            1220 North Market Street, 5th Fl.
                                            P.O. Box 8888
                                            Wilmington, DE 19899-8888
                                            Attorney for Defendant,
                                            Correctional Medical Services

DATED: August 12, 2005

\15_A\LIAB\KJC\SLPG\300499\VXL\13252\00155