IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT

OF DELAWARE

| | | |
|---|---|---|
| Ernest A. Crump Jr | ) | doc #3 |
|     plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. 04- 328-SLR |
| Stan Taylor | ) | |
|     et al, | ) | |
|     defendants. | ) | |

PLAINTIFFS DISCOVERY REQUEST

FILED
AUG 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff hereby request that the defendant, Correctional Medical Services, to produce and permit plaintiff to inspect and photocopy the following documents in accordance with Rule 34 of the Federal Rules of Civil Procedures:

1. The name of the mental health worker who talked to the plaintiff on 08-30-02 and any other day while he was housed in the RAM ROOM, refered to in the plaintiffs complaint as John Doe # 3.

2. The entire case file, together with letters, memoranda or other papers in the possession or control of Correctional Medical Services relative to the plaintiff being placed in the RAM ROOM on 08-30-02

Dated: 06-29-05

*[signature]*

Plaintiff

Address: Delaware Correctional Center

1181 Paddock Road, Smyrna, DE

CERTIFICATE OF SERVICE

I ERNEST A. CRUMP JR, HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY OF THE FOLLOWING: PLAINTIFF'S DISCOVERY REQUEST TO CORRECTIONAL MEDICAL SERVICES, C.A. 04-328-SLR, UPON THE NAMES BELOW:

OFFICE OF THE CLERK
U.S. DISTRICT COURT
U.S. COURTHOUSE
844 KING STREET
LOCKBOX 18
WILMINGTON, DE 19801

KEVIN J. CONNORS, ESQ.
1220 N. MARKET STREET
P.O. BOX 8888
WILMINGTON, DE, 19899-8888

BY PLACING SAME IN A SEALED ADDRESSED ENVELOPE AND MAILED VIA DELAWARE CORRECTIONAL CENTER MAILROOM, SMYRNA, DE, ON AUGUST 15, 2005.

*Ernest A. Crump Jr.*

ERNEST A. CRUMP JR
SBI# 00149221
D.C.C.
1181 PADDOCK ROAD
SMYRNA, DE. 19977

DATE: 8-15-05



OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 KING STREET, LOCKBOX 18
WILMINGTON, DE
19801

IM ERNEST A. CRUMP JR
SBI# 00144225   UNIT _____
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977