IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ERNEST A. CRUMP, JR.,          *

    Plaintiff,             *

v.                             *      Civ. No. 04-328-SLR

                               *

STAN TAYLOR, THOMAS CARROLL    *

Correctional Medical Services  *

David Dunnington, Michael      *

Bryant, John Doe #3, Jane      *

Doe #1 and John Doe #4,        *

    Defendants.            *



FILED

AUG 22 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF's FIRST REQUEST FOR ADMISSIONS

Pursuant to Rule 36 of the Federal Rules of Civil Procedures, plaintiff request defendant Correctional Medical Services to admit the following:

    1. On august 30, 2002, the plaintiff was placed in the Delaware Correctional Center Infirmary in a room known as the RAM ROOM under the immediate care of Correctional Medical Services.

    2. Plaintiff remained in said RAM ROOM under the immediate care of Correctional Medical Services until September 3, 2002.

    3. Plaintiff was stripped totally naked after entering said RAM ROOM on august 30, 2002.

4. Plaintiff was given 2 pieces of paper towel type material for clothing while he was housed in the RAM ROOM.

5. The RAM ROOM has a Toilet that is a hole in the floor.

6. The RAM ROOM has no running water.

7. The RAM ROOM has a metal bed with no bedding material, including no mattress.

8. The RAM ROOM has a cement slab on the floor for a bed, with no bedding material, including no matress.

9. The RAM ROOM has no toilet paper in said room.

10. The RAM ROOM's toilet cannot be flushed from inside said room by the inmate.

11. Correctional Medical Services could have placed the plaintiff in another type of room other than the RAM ROOM he was placed in on august 30, 2002.

12. The other type of room that Correctional Medical Services could have placed the plaintiff in instead of the RAM ROOM, had running water, a bed and matress with bedding, and the plaintiff would have been allowed to keep his clothes on instead of being naked except for the paper towel type material.

13. the other type room that Correctional Medical Services could have placed the plaintiff in instead of the RAM ROOM, had a standard

toilet instead of a toilet in the floor.


DATED August 19, 2005

_____
Plaintiff - S.B.I.# 00149227
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

# Certificate of Service

I, ERNEST A. CRUMP JR, hereby certify that I have served a true and correct cop(ies) of the attached: REQUEST FOR ADMISSIONS TO CORRECTIONAL MEDICAL SERVICES upon the following parties/person (s):

TO: KEVIN J. CONNORS, ESQ  
1220 N. MARKET ST. 5th Fl.  
P.O. BOX 8888  
Wilmington, DE. 19899-8888  
ATTORNEY FOR DEFENDANT  
Correctional Medical Services

TO: OFFICE OF THE CLERK  
U.S. DISTRICT COURT  
844 KING STREET  
LOCKBOX 18  
Wilmington, DE. 19801

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 19th day of August, 2005

E+ a.Cp.p

CLERK- U.S. DISTRICT COURT
844 KING STREET - LOCKBOX 18
Wilmington, Delaware
19801

I/M ERNEST A. CRUMP JR
SBI# 00149321 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977