IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

ERNEST A. CRUMP, JR.
    PLAINTIFF,

V.

STAN TAYLOR,
    ET AL,
    DEFENDANTS.

C.A. NO. 04-328-SLR



FILED
AUG 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT CORRECTIONAL MEDICAL SERVICES

TO THE DEFENDANT, CORRECTIONAL MEDICAL SERVICES,

YOU ARE HEREBY NOTIFIED TO ANSWER UNDER OATH, THE INTERROGATORIES NUMBERED 1 TO 10, INCLUSIVE AS SHOWN BELOW, WITHIN 30 DAYS OF THE TIME SERVICE IS UPON YOU, IN ACCORDANCE WITH RULE 33 OF THE FEDERAL RULES OF CIVIL PROCEDURES.

INTERROGATORY NO. 1. WAS THE INFIRMARY AT THE DELAWARE CORRECTIONAL CENTER, SMYRNA DELAWARE, UNDER THE OPERATION AND MANAGEMENT OF CORRECTIONAL MEDICAL SERVICES FROM AUGUST 30, 2002 TO SEPTEMBER 4, 2002?.

INTERROGATORY NO. 2. TO THE BEST OF YOUR KNOWLEDGE, PLEASE EXPLAIN WHAT THE PURPOSE OF THE "RAM ROOM" IS USED FOR?.

INTERROGATORY NO. 3. IS THE RAM ROOM PRIMARILY USED FOR INMATES WHO POSE A SERIOUS, VIOLENT THREAT OF HARMING THEMSELVES AS WELL AS CORRECTIONAL OR MEDICAL STAFF?

INTERROGATORY NO. 4. DID THE PLAINTIFF DISPLAY, AT ANY TIME WHILE IN THE RAM ROOM, ANY VIOLENT AND THREATENING BEHAVIOR TOWARDS HIMSELF OR ANY CORRECTIONAL OR MEDICAL STAFF?

INTERROGATORY NO. 5. PLEASE EXPLAIN WHY THE RAM ROOM HAS A TOILET THAT IS SIMPLY A HOLE IN THE FLOOR?

INTERROGATORY NO. 6. PLEASE EXPLAIN WHY THE RAM ROOM HAS NO RUNNING WATER?

INTERROGATORY NO. 7. PLEASE EXPLAIN WHY THE RAM ROOM HAS NO BEDDING MATERIAL?

INTERROGATORY NO. 8. PLEASE EXPLAIN WHY THE PLAINTIFF WAS STRIPPED NAKED UPON ENTERING THE RAM ROOM?

INTERROGATORY NO. 9. WERE THERE OTHER ROOMS AT THE INFIRMARY AT DELAWARE CORRECTIONAL CENTER, THAT THE PLAINTIFF COULD HAVE PLACED IN, THAT HAD A REGULAR, STANDARD TOILET, RUNNING WATER, A BED WITH BEDDING MATERIAL, AND SOME FORM OF CLOTHING OTHER THAN 2 PAPER TOWEL TYPE STRIPS OF MATERIAL?

INTERROGATORY NO. 10. WHAT DATE DID CORRECTIONAL MEDICAL SERVICES DETERMINE THE PLAINTIFF WAS CLEARED TO BE RELEASED FROM THE RAM ROOM?

DATED: 08-22-05

*[signature]*

PLAINTIFF
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE. 19977

(3)

## Certificate of Service

I, ERNEST A. CRUMP JR, hereby certify that I have served a true and correct cop(ies) of the attached: FIRST SET OF INTERROGATORIES TO CORRECTIONAL MEDICAL SERVICES upon the following parties/person (s):

TO: CLERK. U.S. DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON, DE. 19801-3570

TO: KEVIN J. CONNORS, ESQ
1220 N. MARKET ST. 5th Fl
P.O. BOX 8888
WILMINGTON, DE 19899-8888
ATTORNEY FOR DEFENDANT
CORRECTIONAL MEDICAL SERVICES

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 24th day of AUGUST, 2005





OFFICE OF THE CLERK
U.S. DISTRICT COURT
844 N. KING ST. LOCK BOX 18
WILMINGTON, DELAWARE
19801-3570

I/M ERNEST A. CRUMP JR
SBI# 00149221 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977