# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERNEST A. CRUMP, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-328 SLR |
| | ) | |
| STAN TAYLOR, THOMAS CARROLL, CORRECTIONAL MEDICAL SERVICES, DAVID DUNINGTON, MICHAEL BRYANT, JOHN DOE #3, JANE DOE #1 and JOHN DOE #4, | ) ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

**AND NOW,** this _____day, 2005, upon consideration of the Motion of Defendant, Correctional Medical Services, for a Protective Order and plaintiff's Response thereto, it is hereby Ordered that the Motion is Granted and Correctional Medical Services shall not be required to respond to Plaintiff's Discovery Request, D.I. #20, Plaintiff's Request for Admissions, D.I. #21, or Plaintiff's First Set of Interrogatories, D.I. #22, pending the Court's decision on Correctional Medical Services Motion to Dismiss.

_____
The Honorable Sue L. Robinson