## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERNEST A. CRUMP, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-328 SLR |
| | ) | |
| STAN TAYLOR, THOMAS CARROLL, CORRECTIONAL MEDICAL SERVICES, DAVID DUNINGTON, MICHAEL BRYANT, JOHN DOE #3, JANE DOE #1 and JOHN DOE #4, | ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## **ORDER**

ON THIS _____ day of _____ , 2005, having considered the Motion of Defendant, Correctional Medical Services, to Dismiss Plaintiff's Complaint, and all the Responses thereto, and there being good cause to grant such Motion,

IT IS ORDERED THAT all claims against Defendant, Correctional Medical Services, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

_____
The Honorable Sue L. Robinson