(Rev. 6/97)

**\* AMENDED COMPLAINT**
**UNDERLINING ALL ADDITIONS**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Ernest A. Crump Jr
(Enter above the full name of the plaintiff in this action)

V.

Star Taylor, Thomas Carroll, Correctional Medical Services, David Durington, Michael Bryant, John Doe #3, Jane Doe #1 and John Doe #4
(Enter above the full name of the defendant(s) in this action

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        YES [ X ]   NO [ ]

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1. Parties to this previous lawsuit

Plaintiffs  Ernest A. Crump Jr

Defendants  Vince Bianca, Robert May, Thomas Rygit and Star Taylor

2. Court (if federal court, name the district; if state court, name the county) U.S. District Court, District of Delaware

3. Docket number

4. Name of judge to whom case was assigned

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) still pending

6. Approximate date of filing lawsuit May 19, 2004

7. Approximate date of disposition

A. Is there a prisoner grievance procedure in this institution? Yes [ ] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [X]

C. If your answer is YES,

 1. What steps did you take?

 2. What was the result?

D. If your answer is NO, explain why not: Not allowed to grieve security transfers and did'nt know my rights were violated by such transfer.

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

 1. What steps did you take?

 2. What was the result?

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  Ernest A Crump Jr

   Address  Delaware Correctional Center, Smyrna, Delaware 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant  Stan Taylor  is employed as  Commissioner Delaware Department of Corrections  at  245 McKee Road, Dover DE  19904

C. Additional Defendants  Thomas Carroll-Warden D.C.C. Smyrna, DE 19977, Correctional Medical Services-D.C.C. Smyrna, DE 19977, David Dunington, Michael Bryant and Jane Doe#1 are all correctional officers at D.C.C., John Doe #3 is a mental health worker at D.C.C., and John Doe #4 is a Watch Commander and/or Shift Commander at D.C.C. Smyrna, DE 19977

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On 08/30/02, I was administratively transfered from Morris Community Correctional Center in Dover Delaware, to Delaware Correctional Center near Smyrna Delaware. Upon arriving at Delaware Correctional Center, I was placed in a holding cell at the receiving room there. After being processed and being

-3-

IV. Statement of Claim

there for several hours, a correctional officer ( Dave Dunington) offered me a plate of institutional breakfast. I declined his offer and asked him to leave me alone, and we exchanged more words. after said exchange of words, I was told by mr. Dunington, to strip down to my underwear. When asked why, no answer was given by Mr. Dunington or any other officer there in the receiving room. Subsequently thereafter, a Sergeant ( Michael Irvent) made a call somewhere and had me transfered to the institutional hospital because apparently Mr. Dunington believed that my previous behavior indicated to him that I may harm myself, ( which was'nt true ).

At the institutional hospital, I became under the care of Correctional Medical Services (CMS). Once I arrived at the hospital, a female correctional officer ( Jane Doe #1 ) ordered me to go in a room known as the "RAM ROOM". In this room, I was once again made to strip, but this time, Jane Doe #1 informed me that I had to strip down to being totally nude, no footwear, socks or anything. I was then given 2 long sheets of paper towel like material, and told to wrap those 2 sheets of paper around my body for clothing. This paper had no fastening devises or anything to help me keep these very thin sheets of paper from falling off my body, thus exposing me nude again. the toilet in this room was in the "FLOOR" like a chinese toilet, and I was'nt given anykind of toilet paper to use after using the toilet in the floor, I felt so humiliated after using this toilet in the floor, that for the remaining days I spent there, I literally stop eating food so I would'nt have to use the toilet again. A Mental Health Worker( John Doe #3) came to talk to me and told me that I would'nt be able to get out of the RAM ROOM until tuesday 09/05/02 because it was labor day weekend and no one of high enough security status to approve me being released from the RAM ROOM would be back until 09/05/02, therefore I stayed in the RAM ROOM for 5 days. <u>The Watch Commander and/or Shift Commander at Delaware Correctional Center, approved for the plaintiff to be transfered to the RAM ROOM at Delaware Correctional Center for those 5 days.</u>

(1)

IV. Statement of Claim

This Cruel and Unusual Punishment I endured is in clear violation of the 4th and 8th amendments of the Constitution of the United States.

Stan Taylor is the Commissioner of the Delaware Department of Corrections and has the overall responsibility of Warden Thomas Carroll.

Warden Thomas Carroll is the Warden of Delaware Correctional Center and has the overall responsibility of all officers at Delaware Correctional Center, including Dave Dunington, Michael Bryant, Jane Doe #1 and John Doe #4.

Correctional Medical Services is in charge of the hospital where the RAM ROOM is located and also employs Mental Health worker John Doe #3.

All these parties violated my constitutional rights when they knowingly and intentoinally made me stay, or contributed to me being placed in an unhealthy unsanitary and deplorable living condition, and made no attempts to get me released from said condition.

(2)

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

100,000.00 Punitve damages for violstion of my Civil Rights

Signed this __5th__ day of __July__, 20 04

_(Signature of Plaintiff)_

I declare under penalty of perjury that the foregoing is true and correct.

07-05-04
Date

_(Signature of Plaintiff)_

-4-

(Rev. 4/97)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983



UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Ernest A. Crump Jr
(Enter above the full name of the plaintiff in this action)

04-328 SLR

V.

Stan Taylor, Thomas Carroll, Correctional

Medical Services, David Durington,

Michael Bryant, John Doe #3, Jane Doe #1 and John Doe #4
(Enter above the full name of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       YES [X]    NO [ ]

   B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

       1.  Parties to this previous lawsuit

       Plaintiffs   Ernest A. Crump Jr

       Defendants   Vince Bianca, Robert May, Thomas Rygil
                    and Stan Taylor

2. Court (if federal court, name the district; if state court, name the county)
   U.S. District Court, District of Delaware

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   still pending

6. Approximate date of filing lawsuit __May 19, 2004__

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [ ] No [ ]

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [X]

   C. If your answer is YES,
      1. What steps did you take? _____
      2. What was the result? _____

   D. If your answer is NO, explain why not __Not allowed to grieve security transfers and did'nt know my rights were violated by such transfer.__

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

   F. If your answer is YES,
      1. What steps did you take? _____
      2. What was the result? _____

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff _Ernest A Crupp Jr_

Address _Delaware Correctional Center, Smyrna, Delaware 19977_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant _Stan Taylor_ is employed as _Commissioner Delaware Department of Corrections_ at _245 McKee Road, Dover DE 19904_

C. Additional Defendants _Thomas Carroll-Warden D.C.C. Smyrna, DE 19977, Correctional Medical Services-D.C.C. Smyrna, DE 19977, David Dunington, Michael Bryant and Jane Doe#1 are all correctional officers at D.C.C., John Doe #3 is a mental health worker at D.C.C., and John Doe #4 is a Watch Commander and/or Shift Commander at D.C.C. Smyrna, DE 19977_

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On 08/30/02, I was administratively transfered from Morris Community Correctional Center in Dover Delaware, to Delaware Correctional Center near Smyrna Delaware. Upon arriving at Delaware Correctional Center, I was placed in a holding cell at the receiving room there. After being processed and being

-3-

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

100,000.00 Punitive damages for violation of my Civil Rights

Signed this 5th day of July, 20 04

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

07-05-04
Date

_____
(Signature of Plaintiff)

-4-