IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERNEST CRUMP, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-328-SLR |
| | ) | |
| STAN TAYLOR, THOMAS CARROLL, | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| DAVID DUNNINGTON, and MICHAEL | ) | |
| BRYANT, | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of defendants Michael Bryant, Thomas Carroll, David Dunnington and Stan Taylor. This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the defendants. The defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us

Counsel for State Defendants

Dated: September 12, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2005, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Kevin J. Connors, Esquire.  I hereby certify that on September 12, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant: Ernest A. Crump, Jr.; SBI #149221; Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us