IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERNEST CRUMP, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-328-SLR |
| | ) | |
| STAN TAYLOR, THOMAS CARROLL, | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| DAVID DUNNINGTON, and MICHAEL | ) | |
| BRYANT, | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS

The State Defendants, by and through undersigned counsel, hereby move this honorable Court to enter an Order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b) (6) for failure to state a claim upon which relief can be granted. In support of their motion, the Defendants present a Memorandum of Points and Authorities in Support of the Motion to Dismiss filed simultaneously herewith.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ophelia M. Waters
Ophelia M. Waters
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th fl.
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us

Dated: September 12, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ERNEST CRUMP, JR. | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|        v. | )     C.A. No. 04-328-SLR |
| | ) |
| STAN TAYLOR, THOMAS CARROLL, | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| DAVID DUNNINGTON, and MICHAEL | ) |
| BRYANT, | ) |
|        Defendants. | ) |

**ORDER**

AND NOW, this _____ day of _____, 2005, the Motion to Dismiss filed by state defendants in the above-captioned matter having been duly considered, and any opposition thereto, is granted; and,

IT IS ORDERED that plaintiff's claims against State Defendants be dismissed, with prejudice.

 

_____
The Honorable Sue L. Robinson, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2005, I electronically filed *State Defendants' Motion to Dismiss* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Kevin J. Connors, Esquire. I hereby certify that on September 12, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant: Ernest A. Crump, Jr.; SBI #149221; Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us