STATE OF DELAWARE
DEPARTMENT OF CORRECTION
INCIDENT REPORT

PRINT or TYPE

| REPORT # | DATE: | PAGE | OF |
|---|---|---|---|
| IR-02-4463 | 083002 | 1 | 1 |

| 1. FACILITY/SECTION: | 2. LOCATION: | 3. OCCURRED: Mo/Day/Yr | Time |
|---|---|---|---|
| DCC / Receiving Room | Receiving Room | Friday 083002 | Approx. 0841 hrs. |

4. TYPE OF INCIDENT: Suicide Threat

5. PERSONS INVOLVED: S-1, S-2 Subject; V-1, V-2 Victim; W-1, W-2, Witness

| CODE | NAME, TITLE or STATUS | UNIT ASSIGNMENT: |
|---|---|---|
| S-1 | Crump, Ernest A  SBI-# 00149221 | Temp. Assigned R/R |
| R.P. | Sgt. Michael Bryan | R/R OIC |

RECEIVED SEP 3 2002

6. INJURIES? YES ( ) NO (X) NATURE:
7. HOSPITALIZED? YES ( ) NO (X) WHERE?
8. EVIDENCE  DISCOVERED BY: N/A   SECURED BY: N/A
   YES ( ) NO (X) TYPE:
9. FORCE USED YES ( ) NO (X) PHYSICAL ( ) CHEMICAL ( ) STUN DEVICE ( ) OTHER ( )
   RESTRAINTS USED YES ( ) NO (X) TYPE:
10. IMMEDIATE ACTION: 404, Contacted Cpt. Henry, Lt. Harvey

11. DESCRIPTION OF INCIDENT:

On above date and Time, writer conducted a check on S-1, who was located in Cell #3 in the Receiving Room. Writer observed S-1 laying on the floor. Writer asked S-1 if he was OK, and S-1 stated that he was tired of all this, and he was going to end it all. At that point writer placed S-1 on Strip Cell Status and Suicide watch. Writer contacted Cpt. Henry, 8x4 Shift Commander, and made same aware of the situation. Cpt. Henry advised that Mental should evaluate S-1, when same gets over to the SHU. Writer then contacted Lt. Harvey and made same aware of the situation, so that the SHU could prepare. S-1 was transferred to Inf. to be seen by mental health.

(FOR CONTINUATION USE FORM 404-B)

| 12. NOTIFIED/REFERRED TO: | 15. FOLLOW-UP: YES (X) NO ( ) |
|---|---|
| Shift Commander / Cpt. Henry | COMMENTS: Sec. Chief |
| 13. REPORTING PERSON'S NAME & TITLE: | 16. REVIEWER'S NAME & TITLE: |
| Sgt. Michael W. Bryan  R/R OIC | Captain J. Henry |
| 14. REPORTING PERSON'S SIGNATURE: | 17. REVIEWER'S SIGNATURE: |
|  |  8-30-02 |

FORM #: 404-A    WHITE - SHIFT COMMANDER | YELLOW - INTERNAL AFFAIRS | PINK - REPORT WRITER
REVISED 5/92

2002 IR                                                                                                   8/1/2005

| CASE NUM | TYPE OF IR | DATE | LOCATION | NAME OR SUSPECT | SBI # S | CODE | REPORTED |
|---|---|---|---|---|---|---|---|
| IR02-4463 | THREAT TO HARM SEL | 8/30/2002 | RECEIVING ROOM | CRUMP, ERNEST | 149221 | THREAT | BRYAN M |