# INTERDISCIPLINARY PROGRESS NOTES

| NAME-Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|---|---|---|---|---|---|
| Crump | Ernest | | | 149221 | |

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 8/30/02 | 1115 | MH | Mr. Crump was seen by mental health per security request. (S) "I am just tired of living in prison, I don't [know] what I am going to do. Now I am looking at being in prison for long time." (O) Mr. Crump presented with depressed, anxious, despairing, and irritable mood. He was alert and oriented and his speech was slow, emotional, but coherent. He was agitated, guarded, and defensive. He had minimal eye contact with this writer and kept his head down covered by his hands. He denied hallucinations and did not display psychotic behaviors. (A) Poor future orientation, poor insight, and poor judgment at this time. He appeared to be emotionally volatile and unstable. Self harm is a possibility based on his presentation. (P) To consult the psychiatrist on call concerning admission to infirmary. [signature] Garwan |
| 8/30/02 | 1120 | MH | Talked to Dr. Kho who recommended admission at level II suicide observation, no clothes, and only paper gown. This writer informed control and shift commander (Cpt. Henry) of the admission. [signature] |

INTERDISCIPLINARY PROGRESS NOTES