# Mental Health Services
# Comprehensive Mental Health Evaluation

## MENTAL HEALTH HISTORY

1. History of psychotropic medications — Yes ☐ No ☒
   Current usage — Yes ☐ No ☐
   If so, list medications below:

   ______________________________

   ______________________________

   Evidence of EPS — Yes ☐ No ☐

2. History of psychiatric hospitalization — Yes ☐ No ☒
   A) Name of facility/provider ______________________
   B) Date: From ________ to ________ Requested Records? Yes ☐ No ☐

3. History of outpatient mental health treatment — Yes ☐ No ☒
   A) Name of facility/provider ______________________
   B) Date: From ________ to ________ Requested Records? Yes ☐ No ☐

4. History of violence: (check those that apply) — Yes ☐ No ☐
   ☐ Behavior ☐ Threats
   ☐ Verbally Assaultive ☒ Physically Assaultive
   Comments:

5. History of self-injurious behavior — Yes ☐ No ☒
   Comments:

6. History of head injury, trauma — Yes ☐ No ☒
   Describe:
   Comments:

7. Length of time in jail: 8 Years 6 Months 6 Days

8. Previous Prison Incarceration State: Delaware — Yes ☒ No ☐
   Requested records? Yes ☐ No ☐

9. History of placement in any special education programs — Yes ☐ No ☒
   Unit:

| | |
|---|---|
| Screened By: | Title: |
| Date: | Time: |
| Reviewed By: | Title: |
| Date: | Time: |
| Inmate Name: Crump, Ernest | Inmate Number: 149221 |
| Institution: D.C.C. | Date of Arrival 8/30/02 |

## BEHAVIORAL OBSERVATIONS
(Check all Relevant Categories)

- [ ] Aggressive
- [x] Agitated
- [ ] Delusional
- [x] Eye Contact / poor
- [ ] Hallucinating
- [ ] Hyperactivity
- [ ] Irrational
- [ ] Labile
- [ ] Lethargic
- [ ] Loose Associations
- [x] Manipulative / possibility
- [ ] Paranoia
- [ ] Passive
- [ ] Withdrawn
- [x] Terrified/Crying (Crying circled)
- [ ] Other: ______

Comments:

## MENTAL STATUS EXAMINATION
(Write in Brief Description)

| Affect: | Appearance: |
|---|---|
| Concentration: | Intellectual Functioning: |
| Mood: | Memory: |
| Orientation: | Speech: |

Other:

## SUICIDE POTENTIAL SCREENING

| # | Item | Yes | No |
|---|---|---|---|
| 1. | Correctional or Transporting Officer reports inmate may be suicidal risk. security placed him in the Rom Room | [x] Yes | [ ] No |
| 2. | Experienced a significant loss with last six months. Describe: My Nephew died last saturday | [x] Yes | [ ] No |
| 3. | Worried about major problems other than legal situation. Describe: girlfriend and family, my future | [x] Yes | [ ] No |
| 4. | Holds position of respect in community and/or alleged crime is shocking in nature. | [ ] Yes | [x] No |
| 5. | First involvement with legal system. Describe: | [ ] Yes | [x] No |
| 6. | Appears to feel unusually embarrassed or ashamed. | [x] Yes | [ ] No |
| 7. | Expresses feelings of helplessness or hopelessness. | [ ] Yes | [ ] No |
| 8. | Shows signs of depression: crying, emotional flatness. Describe: Head down, hands covering face | [x] Yes | [ ] No |
| 9. | Appears overly anxious, afraid, or angry. | [x] Yes | [ ] No |
| 10. | Is acting and/or talking in a strange manner. (cannot focus attention, hallucinating) | [ ] Yes | [ ] No |
| 11. | Has made previous suicide attempt. Date of most Recent Attempt: Method: Number: | [ ] Yes | [x] No |
| 12. | Expresses thoughts of killing self. | [ ] Yes | [x] No |
| 13. | Has a suicide plan. Describe: | [ ] Yes | [ ] No |
| 14. | Expresses thoughts of killing self. said, just tired of being in prison | [ ] Yes | [x] No |
| 15. | Family member or significant other has attempted or committed suicide Relationship: Date: Method: | [ ] Yes | [x] No |

## DISPOSITION

(check all appropriate boxes)

- ☐ Place on continuous suicide watch
- ☒ Place on close suicide watch — level II 15 minutes
- ☐ Psychiatric medication order needed

REFERRAL FOR MENTAL HEALTH EVALUATION (check one box)

- ☒ Emergency referral (1 hour)
- ☐ ASAP referral (3 days)
- ☐ Routine referral (30 days)
- ☐ No referral

REFERRAL FOR MENTAL HEALTH EVALUATION (check one box)

- ☒ Place in crisis/safe cell
- ☐ Place in special housing
- ☐ Place in general population

Comments: Mr. Crump was placed in the Rom Room per security for making suicide threats. He was evaluated by mental health and admitted at level II suicide observation

| Inmate Name: | Inmate Number: |
|---|---|
| Crump, Ernest | 149221 |