# PHYSICIAN'S ORDER SHEET

**ORDERS:**

**START** 8/30
Admit to infirmary Lvl II RAM Room

V.O. Dr Kno / [signature]

---

**START NEW ORDERS BELOW**

**START**
Discharge to previous block c̄ previous medication

9/2/02

V.O. Dr Hoffman / [signature]

---

**START NEW ORDERS BELOW**

**START**

---

NAME: Crump, Ernest
ALLERGIES: ___
ID: 149221
DOB: 11/2/1958

**PHYSICIAN'S ORDERS**