C.M.S. FULL SUICIDE OBSERVATION RECORD      DATE: 9-2-02

OBSERVERS' SIGNATURE: _____      SHIFT: 8-4

Level II

| Inmate Name: CRUMP, ERNEST  IM# 149221 | 0800 | 0815 | 0830 | 0845 | 0900 | 0915 | 0930 | 0945 | 1000 | 1015 | 1030 | 1045 | 1100 | 1115 | 1130 | 1145 | 1200 | 1215 | 1230 | 1245 | 1300 | 1315 | 1330 | 1345 | 1400 | 1415 | 1430 | 1445 | 1500 | 1515 | 1530 | 1545 | 1600 | 1615 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Appropriate Verbalization | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inappropriate verbalizing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pacing in cell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sleeping | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laying on mattress | ✓ | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laying on floor | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sitting in corner | | | ✓ | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Denying suicidal thoughts | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Screaming | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laughing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Acting out | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Eating | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other: Interview w/ M.H. | | | | | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Discharge — per Dr. Hoffman

# C.M.S. FULL SUICIDE OBSERVATION RECORD

DATE: 9-2-02

OBSERVERS' SIGNATURE: _[signature]_

SHIFT: 12-8

Level II

| Inmate Name: CRUMP, ERNEST  IM # 149221 | 2400 | 2415 | 2430 | 2445 | 0000 | 0015 | 0030 | 0045 | 0100 | 0115 | 0130 | 0145 | 0200 | 0215 | 0230 | 0245 | 0300 | 0315 | 0330 | 0345 | 0400 | 0415 | 0430 | 0445 | 0500 | 0515 | 0530 | 0545 | 0600 | 0615 | 0630 | 0645 | 0700 | 0715 | 0730 | 0745 | 0800 | 0815 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Appropriate Verbalization | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inappropriate verbalizing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pacing in cell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sleeping | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laying on mattress | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Laying on floor | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sitting in corner | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Denying suicidal thoughts | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Watching | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laughing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Acting out | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Eating | | | | | | | | | | | | | | | | | ✓ | ✓ | | ✓ | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

# C.M.S. FULL SUICIDE OBSERVATION RECORD

DATE: 9-1-02

OBSERVERS' SIGNATURE: _Paul Brown, LPN_

SHIFT: 4-12

LEVEL II

| Inmate Name: CROMP, ERNEST  IM # 149221 | 1600 | 1615 | 1630 | 1645 | 1700 | 1715 | 1730 | 1745 | 1800 | 1815 | 1830 | 1845 | 1900 | 1915 | 1930 | 1945 | 2000 | 2015 | 2030 | 2045 | 2100 | 2115 | 2130 | 2145 | 2200 | 2215 | 2230 | 2245 | 2300 | 2315 | 2330 | 2345 | 2400 | 2415 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Appropriate Verbalization | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inappropriate verbalizing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pacing in cell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sleeping | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laying on mattress | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Laying on floor | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sitting in corner | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Denying suicidal thoughts | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Watching | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Crying | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Acting out | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Eating | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other @ door/window | ✓ | | | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

# C.M.S. FULL SUICIDE OBSERVATION RECORD

DATE: 9-1-02

OBSERVERS' SIGNATURE: Cynthia Brown

SHIFT: 12-8

Level II

| Inmate Name CRUMP, ERNEST IM # 149221 | 2400 | 0015 | 0030 | 0045 | 0100 | 0115 | 0130 | 0145 | 0200 | 0215 | 0230 | 0245 | 0300 | 0315 | 0330 | 0345 | 0400 | 0415 | 0430 | 0445 | 0500 | 0515 | 0530 | 0545 | 0600 | 0615 | 0630 | 0645 | 0700 | 0715 | 0730 | 0745 | 0800 | 0815 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Appropriate Verbalization | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inappropriate verbalizing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pacing in cell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sleeping/Resting on Bed | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Laying on mattress | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laying on floor | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sitting in corner | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Denying suicidal thoughts | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Screaming | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laughing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Acting out | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Eating | | | | | | | | | | | | | ✓ | ✓ | | | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

# C.M.S. FULL SUICIDE OBSERVATION RECORD

DATE: 9-1-02  
OBSERVERS' SIGNATURE: [signed] A. Gall[?]  
SHIFT: 8-4  
Level II

Inmate Name: CRUMP, ERNEST  
IM # 149221

| Behavior | 0800 | 0815 | 0830 | 0845 | 0900 | 0915 | 0930 | 0945 | 1000 | 1015 | 1030 | 1045 | 1100 | 1115 | 1130 | 1145 | 1200 | 1215 | 1230 | 1245 | 1300 | 1315 | 1330 | 1345 | 1400 | 1415 | 1430 | 1445 | 1500 | 1515 | 1530 | 1545 | 1600 | 1615 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Appropriate Verbalization | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inappropriate verbalizing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pacing in cell | | | | | | | | | | | | | | | | | | | | | | | ✓ | ✓ | ✓ | | | | | | | | | |
| Sleeping | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laying on mattress | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Laying on floor | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sitting in corner | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Denying suicidal thoughts | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Watching | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laughing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Acting out | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Eating | | | | | | | | | ✓ | | | | | | | | | | | | | | | | | | | | | ✓ | | | | |
| Other | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

# C.M.S. FULL SUICIDE OBSERVATION RECORD

DATE: 8/31

OBSERVERS' SIGNATURE: _[signature]_

SHIFT: 4-12

| Inmate Name | 16 | 16 | 17 | 17 | 18 | 18 | 19 | 19 | 20 | 20 | 21 | 21 | 22 | 22 | 23 | 23 | 24 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ernest Chung | 00 | 15 | 30 | 45 | 00 | 15 | 30 | 45 | 00 | 15 | 30 | 45 | 00 | 15 | 30 | 45 | 00 | 15 |
| IM # 149201 | | | | | | | | | | | | | | | | | | |
| Appropriate verbalization | | | | | | | | | | | | | | | | | | |
| Inappropriate verbalizing | | | | | | | | | | | | | | | | | | |
| Pacing in cell | | | | | | | | | | | | | | | | | | |
| Sleeping | | | | | | | | | | | | | | | | | | |
| Laying on mattress | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Laying on floor | | | | | | | | | | | | | | | | | | |
| Sitting in corner | | | | | | | | | | | | | | | | | | |
| Denying suicidal thoughts | | | | | | | | | | | | | | | | | | |
| Watching | | | | | | | | | | | | | | | | | | |
| Coughing | | | | | | | | | | | | | | | | | | |
| Acting out | | | | | | | | | | | | | | | | | | |
| Eating | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | |

## C.M.S. FULL SUICIDE OBSERVATION RECORD

DATE: 8/31/00

OBSERVERS' SIGNATURE: A Golden LPN

SHIFT: 8-4

| Inmate Name: Earnest Crump  IM# 149221 | 08 00 | 08 15 | 09 30 | 09 45 | 09 00 | 09 15 | 10 30 | 10 45 | 10 00 | 10 15 | 11 30 | 11 45 | 11 00 | 11 15 | 12 30 | 12 45 | 12 00 | 12 15 | 13 30 | 13 45 | 13 00 | 13 15 | 14 30 | 14 45 | 14 00 | 14 15 | 15 30 | 15 45 | 15 00 | 15 15 | 16 00 | 16 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Appropriate verbalization | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inappropriate verbalizing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pacing in cell | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | | ✓ | ✓ | ✓ | ✓ | | | | |
| Sleeping | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laying on mattress | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laying on floor | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | | | | |
| Sitting in corner | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Denying suicidal thoughts | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Crying | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laughing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Acting out | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Eating/drinking | | | | | | | | | | | ✓ | | | | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C.M.S. FULL SUICIDE OBSERVATION RECORD    DATE: 8/30/02

OBSERVERS' SIGNATURE  Melanie Pappas    SHIFT: 4-12

| Inmate Name | 16 | | | | 17 | | | | 18 | | | | 19 | | | | 20 | | | | 21 | | | | 22 | | | | 23 | | | | 24 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ernest Crump | 00 | 15 | 30 | 45 | 00 | 15 | 30 | 45 | 00 | 15 | 30 | 45 | 00 | 15 | 30 | 45 | 00 | 15 | 30 | 45 | 00 | 15 | 30 | 45 | 00 | 15 | 30 | 45 | 00 | 15 | 30 | 45 |
| IM# 149221 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Appropriate verbalization | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inappropriate verbalizing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pacing in cell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sleeping | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Laying on mattress | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Laying on floor | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sitting in corner | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Denying suicidal thoughts | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Talking | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laughing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Acting out | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Eating | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

C.M.S. FULL SUICIDE OBSERVATION RECORD     DATE: 8-30-02

OBSERVERS' SIGNATURE  J. McKenzie RPN     SHIFT: 8-4p

| Inmate Name: Ernest Crump  IM # | 00 | 015 | 030 | 045 | 0100 | 0115 | 0130 | 0845 | 0900 | 1000 | 1015 | 1030 | 1045 | 1100 | 1115 | 1130 | 1145 | 1200 | 1215 | 1230 | 1245 | 1300 | 1315 | 1330 | 1345 | 1400 | 1415 | 1430 | 1445 | 1500 | 1515 | 1530 | 1545 | 1600 | 1615 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Appropriate verbalization | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inappropriate verbalizing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pacing in cell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sleeping | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Laying on mattress | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Laying on floor | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Sitting in corner | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Denying suicidal thoughts | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Watching | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Coughing | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Acting out | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Eating | | | | | | | | | | ✓ | | | | | | | | | | | | | | | | | | | refused meals | | | | | |
| Other | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |