## INFIRMARY LOGBOOK ENTRIES

| | | 159 |
|---|---|---|
| | Sunday Sept 1st-02. 12x8 Shift Con't | |
| 0208 | H/c 12 in & out N/F JVT | |
| 0305 | H/c 12 in & out N/F JVT | |
| 0310 | Food carts in w. one 10-15 | |
| 0325 | Breakfast served 0355 Complete | |
| 0345 | Medication Passed out 0407 Complete | |
| 0348 | H/c 12 in & out +(01 V) => 13 total | |
| 0401 | Code Green | |
| 0406 | Food cart out,            out as well. | |
| 0422 | I/m worker —        in for work — E-crew. | |
| 0640 | H/c 12 plus 1 from        BLDG —    N/F JVT | |
| 0702 | Code Green | |
| | 8x4 SHIFT 9-1-02 Sunday | |
| 0755 | C/o Whaley on duty w/13 Keys | |
| 0802 | N/F JVT H/c 12 in & out + 2 Sgt King | |
| 0837 | Code green | |
| 0851 | LT Daum LT Endres and Sgt Creasey in for A/c | |
| 0900 | Showered I/m Crump, Ernest — RAM Room | |
| 0930 | I/m           showered | |
| 1002 | N/F JVT H/c 12 in & out + 5 Sgt King | |
| 1010 | Food cart in | |
| 1032 | Code green | |
| 1245 | LT Daum and Sgt creasey in | |
| 1302 | N/F JVT H/c (12) | |
| 1333 | Per S/LT Scarborough I/m           transfered from A ward to F ward for security reasons 2 man Back up | |
| 1400 | I/m           admitted to E ward Bed 1 H/c (13) | |
| 1500 | Food cart in | |
| 1507 | N/F JVT H/c 13 in & out + 3 Sgt King | |
| 1513 | Code green | |
| 1605 | 9/1/02 Sunday 4x12 shift c/o V. Gary on duty. | |
| 1610 | N/F J.V Tower of H/c 13 assigned, 16 total (2 Wdg, 1 E bldg) | |
| 1630 | Code green. | |
| 1632 | I/m kitchen workers out w/ food cart. | |