## MEMORANDUM

DATE: 9/2/02          RE: Infirmary discharge

TO: Major Holman & Major Cunningham

please be advised that Mr.

Ernest Crump, SBI# 149221

has been discharged from the

infirmary to general population

Thank you.

SIGNED: Ismael Farwan

TOPS FORM 4150          ☐ PLEASE REPLY ☐ NO REPLY NEEDED