# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|------------|--------------------------------------------|
| 8/30/02 | 2340 | NSG | I/m alert - refuses to come to door - makes eye contact. Denies any complaints. Lying lateral on mattress covered c̄ paper sheet. Will cont to monitor. —————— N. Pappas RN |
| 8/31/02 | 0425 | NSG | I/m rested quietly most of the night. Voiced ∅ c/o during the shift. Will continue to monitor —— C. Brown RN |
| 8/31/02 | 1300 | NSG | Resting in bed during shift. Turns ad lib. Level II paper maintained. Up @ lib. P. Smith RN |
| 9/1/02 | 0445 | NSG | I/m Voiced ∅ c/o during night. Will continue to monitor ——— C. Brown RN |
| 9/1/02 | 0630 | NSG | - I/m has rested for most of shift. Consumed 100% of am meal. Level II maintained c̄ paper gown + sheets. I/m has voiced ∅ c/o, good eye contact + verbalization to staff this shift. Will cont to monitor ——— J. _____ RN |
| 9/2/02 | 0800 | NSG | Resting on mattress in corner of room. Covered self c̄ sheet changing positions ——— C. Page |
| 9/2/02 | 915 | MH | Mr. Gump was seen in the infirmary. (S) "I am doing fine and don't need to be here." (O) He presented with good eye contact, coherent speech, clear thoughts, and appropriate mood & affect. He denied any hallucinations and any suicidal or homicidal ideas. (A) Stable and can return to general population. [Continued] |

| NAME - Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-------------|-------|--------|---------------------|------------|----------|
| Gump, | Ernest | | | 149221 | |

# INTERDISCIPLINARY PROGRESS NOTES

| NAME-Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|---|---|---|---|---|---|
| Crump, Ernest | | | | 140221 | |

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| Continued | | | He appeared in control and emotionally stable. ® To call the psychiatrist on call and get a discharge order. As to Mr. Crump, he will contact mental health as needed. © Educated Mr. Crump on when and how to contact mental health. Paul Farnan |
| 9/2/02 | 1010 | MH | Spoke to Dr. Hoffman and briefed him on Mr. Crump's status. Dr. Hoffman ordered discharge. Paul Farnan |
| 9/2/02 | 1010 | NSG | Recieved disclosure order from Dr. Hoffman per recommendation of Mental Health. Mental health fax paperwork to Major Holman.  R.G. |
| 9/3/02 | 1020 | NSG | Notified per DOC security I/m to be transfered @ 1330. Chart broken down & packed — J Neubert |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

INTERDISCIPLINARY PROGRESS NOTES