TO: Honorable Sue L. Robinson
FROM: Ernest A. Crump Jr.,
   Plaintiff in RE: Ernest A. Crump Jr. v.
   Stan Taylor, et Al, Civ. No. 04-328-SLR

RE: Correctional Medical Services Request to be dismissed from Complaint and Request for Protective Order

DATE: 09.06.05

**FILED**
SEP -8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Judge Robinson:

Please be advised that I have no objections to Correctional Medical Services Request's.

Apparently, the previous medical staff here, in my opinion, purposely gave me CMS name, to avoid civil litigation against them.

It has never been my intention to purposely annoy, embarrass, oppress or create undue burden or expenses on them, and most humbly apologize.

Respectfully

Ernest A. Crump Jr
Plaintiff

xc:
Attorney for CMS:
Kevin J. Connors Esq




U.S.M.
X-RAY


WILMINGTON DE 198
PM
07 SEP 2005

IM Ernest A. Crump Jr
SBI# 00149221 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk - U.S. District Court
844 N. King St, Lockbox 18
Wilmington, DE
19801-3570