IN THE UNITED STATES DISTRICT COURT, FOR
THE DISTRICT OF DELAWARE

ERNEST A. CRUMP, JR

    PLAINTIFF,

V.                                     C.A. NO. 04-328-SLR

STAN TAYLOR,

    ET AL

    DEFENDANTS.

**FILED SEP 2 2 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

PLAINTIFF'S RESPONSE TO "STATE DEFENDANTS" MEMORANDUM
OF LAW

1. STATE DEFENDANTS CLAIM THAT THE PLAINTIFF FAILED TO EXHAUST ADMINISTRATIVE REMEDIES PURSUANT TO 42 U.S.C. 1997 BECAUSE HE DIDN'T FILE A GRIEVANCE, HOWEVER ACCORDING TO THE INMATE GRIEVANCE CHAIRPERSON, ISSUES THAT INVOLVE THE SECURITY AND/OR STAFFING OF THE INSTITUTION AND/OR THE SAFETY, HEALTH, AND/OR WELFARE OF INMATES, STAFF, AND THE PUBLIC, ARE NOT GRIEVABLE. SEE GRIEVANCE RESPONSE MEMORANDUM - EXHIBIT A - THIS FORM IS A STANDARD USED TO RESPOND TO GRIEVANCES.

2. STATE DEFENDANTS FURTHER CITES DELAWARE BUREAU OF PRISONS PROCEDURE MANUAL SECTIONS, AS IF TO SUGGEST THAT THE PLAINTIFF SHOULD HAVE A COPY OF AND KNOWLEDGE OF SAID MANUAL, WHEN IN FACT, ACCORDING TO DELAWARE CODE, TITLE 11, CHAPTER 43, SECTION 4322. PROTECTION OF RECORDS. (C) AND (d) STATES: "NO INMATE SHALL BE PROVIDED A COPY OF THE DEPARTMENT OF CORRECTION POLICY AND PROCEDURES MANUALS, THE BUREAU OF PRISONS POLICY AND PROCEDURE MANUALS, NOR ANY OF THE DEPARTMENT OF CORRECTION FACILITIES OPERATIONAL PROCEDURES, ADMINISTRATIVE REGULATIONS AND POST ORDERS", AND FURTHER STATES THEY ARE NOT SUBJECT TO DISCLOSURE EXCEPT UPON THE WRITTEN AUTHORITY OF THE COMMISSIONER.

(1)

3. STATE DEFENDANT'S CLAIM TO HAVE NO ACTUAL KNOWLEDGE OF (AND DISREGARDED) AN EXCESSIVE RISK TO INMATES HEALTH OR SAFETY AND CLAIMS TO HAVE IMMUNITY, HOWEVER IN MAXWELL V. MASON, 668 F.2d 361 (9th Cir. 1981), THE COURT HELD "PRISON OFFICIALS ARE NOT ENTITLED TO QUALIFIED IMMUNITY WHEN PRISONER WAS ONLY GIVEN UNDERSHORTS TO WEAR AND NO BEDDING OTHER THAN A MATTRESS WHILE IN SOLITARY CONFINEMENT".

FURTHERMORE, IN THE COURT, STATED IN MCCRAY V. BURRELL, 516 F.2d 357 (4th Cir. 1975): PRISONER, WHO HAD SHOWN SIGNS OF MENTAL DERANGEMENT AND POSSIBLY COULD HAVE HARMED HIMSELF, WAS PUT IN ISOLATION CELL FOR 48 HOURS, THE COURT HELD THAT HIS EIGHTH AMENDMENT RIGHT AGAINST CRUEL AND UNUSUAL PUNISHMENT WAS VIOLATED BECAUSE HE "WAS KEPT NAKED IN A BARREN CELL WITHOUT BLANKET OR MATTRESS AND NOWHERE TO SIT, LIE OR LEAN EXCEPT AGAINST BARE CONCRETE AND BARE TILE. HE HAD NO SINK OR RUNNING WATER, HIS ONLY TOILET WAS A HOLE IN THE FLOOR". AND CONCLUDED " WE CANNOT CONCEIVE THAT DECENT SOCIETY WOULD TOLERATE IT EVEN FOR A SUSPECTED MENTAL PATIENT WHO HAD BEEN CONVICTED OF A CRIME". THEREFORE THIS FACT WAS CLEARLY ESTABLISHED "30 YEARS AGO", SO IF THE DEFENDANTS DIDN'T KNOW, THEY SHOULD HAVE KNOWN.

4. PLAINTIFF SENT REQUEST FOR ADMISSIONS, REQUEST FOR DISCOVERY AND FIRST SET OF INTERROGATORIES TO STATE DEFENDANTS DATED CERTIFICATE OF SERVICE 08·07·05, WHICH WERE OVERDUE TO BE ANSWERED "BEFORE STATE DEFENDANTS MOTION TO DISMISS WAS PRESENTED, SO NOT ONLY SHOULD THE STATES MOTION TO DISMISS BE DENIED, THEY'RE ALSO IN DEFAULT FOR FAILURE TO ANSWER PLAINTIFFS REQUEST'S.

WHEREFORE FOR ALL THE REASONS CONTAINED IN THIS RESPONSE, STATE DEFENDANTS MOTION TO DISMISS SHOULD BE DENIED.

DATED : 09·18·05

ERNEST A. CRUMP JR.
PLAINTIFF

CERTIFICATE OF SERVICE

I, ERNEST A. CRUMP, JR, HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COP(IES) OF THE ATTACHED: PLAINTIFFS RESPONSE TO STATE DEFENDANTS MOTION TO DISMISS, UPON THE FOLLOWING PARTIES/PERSON(S):

TO: OPHELIA M. WATERS - D.A.G.
DEPARTMENT OF JUSTICE
820 NORTH FRENCH STREET, 6th FLOOR
WILMINGTON, DE. 19801
ATTORNEY FOR STATE DEFENDANTS

TO: U.S. DISTRICT COURT
OFFICE OF THE CLERK
844 NORTH KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801

BY PLACING SAME IN A SEALED ENVELOPE AND DEPOSITING SAME IN THE UNITED STATES MAIL AT DELAWARE CORRECTIONAL CENTER, SMYRNA, DE. 19977

ON THIS 21st DAY OF SEPTEMBER, 2005

*Ernest A. Crump, Jr.* (signature)



I/M ERNEST A. CRUMP JR
SBI# 00144221  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK
U.S. DISTRICT COURT
U.S.MS.
844 N. KING STREET LOCKBOX 18
WRAY
WILMINGTON, DE
19801