STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

EXHIBIT A

**MEMORANDUM**

To:  Inmate Crump, Ernest      W

From:  Cpl. L. M. Merson, Inmate Grievance Chairperson

Date:  Tuesday, October 28, 2003

RE:  Grievance

The grievance submitted by you Dated: 10/10/03 is being returned to you for the following reason(s):

\_\_\_\_   The complaint was addressed by the IGC:

\_X\_   **Security issue** (involves the security and/or **staffing of the Institution** and/or the safety, health, and/or welfare of inmates, staff, and the public.

\_\_\_\_   **Classification issues** (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the DCC Classification Office within 7 days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

\_\_\_\_   **Disciplinary issue:** Disciplinary actions cannot be grieved but must be APPEALED following the Correctional Code of Penal Discipline.

\_\_\_\_   **Parole Board Decision:** The inmate must write a letter to the Parole Board within 30 days of the Board's decision, expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole; Carvel State Office Bldg.; 820 N. French Street, 5th Floor; Wilmington, DE 19801.

\_X\_   Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff, **WRITE A LETTER** to that person's supervisor; in this case, that is: S/lt Fuller

\_\_\_\_   This is an issue/complaint that has already been grieved by you or another inmate.

\_\_\_\_   Grievance is unacceptable because it has passed the seven day time frame allotted to file a grievance.

\_\_\_\_   The grievance is a photocopy, carbon copy, written in pencil, red ink or is illegible. Original grievance forms only and they must be written in **Black or Dark Blue Ink.**

\_\_\_\_   This complaint is addressed in the housing rules for your housing unit. Refer to the Housing Rules, page \_\_\_\_, for clarification and/or direction.

\_X\_   Action Request is **Inappropriate** or not completed. Inmate must make an actual request; such as, **request that an investigation be conducted** (inmates are not forwarded results of investigations that involve staff conduct).

\_\_\_\_   Documentation must be **attached to the grievance** when it is resubmitted that supports allegations/complaint; such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

\_\_\_\_   **Other:** S/LT. Fullon

cc: inmate
Original: file