IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNEST CRUMP, JR.<br><br>           Plaintiff,<br><br>      v.<br><br>STAN TAYLOR, THOMAS CARROLL,<br>CORRECTIONAL MEDICAL SERVICES,<br>DAVID DUNNINGTON, and MICHAEL<br>BRYANT,<br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-328-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## STATE DEFENDANT THOMAS CARROLL'S REPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

State Defendant Thomas Carroll responds to the Plaintiff's First Request for Admissions as follows:

1. On August 30, 2002, the Plaintiff was transferred from the Delaware Correctional Center receiving room to the Delaware Correctional Center Hospital, and placed in a room commonly known as the "RAM Room".

**ANSWER**: Upon information contained in plaintiff's institutional records Defendant admits plaintiff's allegations in paragraph 1.

2. Plaintiff remained in said room Ram Room until September 3, 2002.

**ANSWER**: Upon information contained in plaintiff's institutional records Defendant admits plaintiff's allegations in paragraph 2.

3. Plaintiff was stripped totally naked after entering said room on August 30, 2002.

**ANSWER**: Upon information contained in plaintiff's medical records Defendant admits plaintiff's allegations in paragraph 3.

4. Plaintiff was given two pieces of paper towel type material for clothing while he was housed in the RAM ROOM.

**ANSWER**: Upon information contained in plaintiff's medical records, Defendant admits the medical records reflect that the medical staff provided Plaintiff a paper hospital gown while on suicide watch.

5. The Ram Room has a toilet that is a hole in the floor.

**ANSWER**: Upon information and belief Defendant admits that in 2002, the toilet in the suicide observation room was recessed into the floor to prevent inmates from using the toilet to harm self, e.g. drowning, or others, e.g. ripping the toilet from the wall.

6. The Ram Room has no running water.

**ANSWER**: Upon information and belief Defendant admits plaintiff's allegation that in 2002, the room had no running water.

7. The Ram Room has a metal bed with no bedding material including no mattress.

**ANSWER**: Upon information and belief Defendant denies plaintiff's allegations in paragraph 7.

8. The Ram Room has a cement slab on the floor for a bed with no bedding material, including no mattress.

**ANSWER**: Upon information and belief Defendant denies plaintiff's allegations in paragraph 8.

9. The Ram Room has no toilet paper in said room.

**ANSWER**: Upon information and belief Defendant denies plaintiff's allegations in paragraph 9.

10.    The Ram Room's toilet cannot be flushed from inside said room by the inmate.

**ANSWER**:  Upon information and belief Defendant admits in 2002 inmates could not manually flush the toilet and did not have control of the water to prevent the inmate from flooding the room and the tier.


_____
Thomas Carroll, Warden DCC

SWORN TO AND SUBSCRIBED before me this 21 day of October, 2005.

_____
Notary

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2005, I electronically filed *State Defendant Thomas Carroll's Responses to Plaintiff's First Request for Admissions* with the Clerk of Court using CM/ECF . I hereby certify that on October 26, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

Ernest A. Crump, Jr.; SBI#149221;Delaware Correctional Center; 1181 Paddock Road; Smyrna, De 19977.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, ID#3879
Deputy Attorney General
820 N. French St., 6th Floor
Wilmington, DE  19801
(302)577-8400
ophelia.waters@state.de.us