IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNEST CRUMP, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STAN TAYLOR, THOMAS CARROLL, )<br>CORRECTIONAL MEDICAL SERVICES, )<br>DAVID DUNNINGTON, and MICHAEL )<br>BRYANT, )<br>Defendants. ) | C.A. No. 04-328-SLR |

### STATE DEFENDANT STANLEY TAYLOR'S RESPONSE TO PLAINTIFF'S DISCOVERY REQUEST

State Defendant Stanley Taylor by and through undersigned counsel responds to the Plaintiff's Discovery Request as follows:

1. All instructions promulgated by the Department of Corrections in connection with the placement of an inmate in the RAM ROOM, or whatever other said room it is known by.

**ANSWER**: Defendant objects to the request to the extent that it seeks documents or information protected from disclosure by statute. Without waiving this objection refer to medical documentation previously provided.

2. An incident report, if any, or any other documentation indicating what happened, if anything at Delaware Correctional Center Receiving Room on 08-30-02 in reference to the plaintiff.

**ANSWER**: Refer to the incident report and medical records previously provided.

3. Transfer documentation of plaintiff being transferred on 08-30-02 from Delaware Correctional Center Receiving Room to the RAM Room.

**ANSWER**: Refer to the incident report and medical records previously provided.

4. Transfer documents from Delaware Correctional Center Ram Room to Delaware Correctional Center Pre-Trial.

**ANSWER**: Refer to the incident report and medical records previously provided.

5. The name of the female Correctional Officer at the Delaware Correctional Center hospital on 08-30-02 that had the plaintiff o into the Ram Room on that day-referred to in this complaint as Jane Doe#1.

**ANSWER**: Defendant objects to the request on the grounds that it is overly broad, unduly burdensome, and vague. Without waiving the objection, Defendant has produced the incident report and medical records.

6. The name of the Watch Commander and/or Shift Commander who worked at Delaware Correctional Center on 08-30-02 and was there at Delaware Correctional Center when the plaintiff was transferred from Delaware Correctional Center Receiving Room to the Ram Room referred to in this complaint as John Doe #4.

**ANSWER**: Refer to the incident report and medical records previously provided.

7. A Blueprint and/or diagram of the Ram Room at Delaware Correctional Center or whatever other name it is known by.

**ANSWER**: Defendant objects to the request to the extent that it seeks documents or information protected from disclosure by statute, and is beyond the scope of Federal Rules of Civil Procedure 26 (b) (1) as it is unlikely to lead to the discovery of relevant admissible information.

_____
Stanley Taylor, Commissioner DOC

SWORN TO AND SUBSCRIBED before me this 20th day of October, 2005.

_____
Notary

Christine S. Dulin
My Commission Expires
August 18, 2007

As to objections:

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

_____
Ophelia M. Waters, ID# 3879
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
Counsel for Defendant

Dated: October  , 2005

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2005, I electronically filed *State Defendant Stanley Taylors's Response to Plaintiff's Discovery Request* with the Clerk of Court using CM/ECF . I hereby certify that on October 26, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant: Ernest A. Crump, Jr.; SBI#149221;Delaware Correctional Center; 1181 Paddock Road; Smyrna, De 19977.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, ID#3879
Deputy Attorney General
820 N. French St., 6th Floor
Wilmington, DE 19801
(302)577-8400
ophelia.waters@state.de.us