IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNEST CRUMP, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-328-SLR |
| | ) |
| STAN TAYLOR, THOMAS CARROLL, | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| DAVID DUNNINGTON, MICHAEL, | ) |
| BRYANT, JANE DOE #1, | ) |
| JOHN DOE #3 and JOHN DOE #4, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 31st day of October, 2005, for the reasons stated in the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion for summary judgment (D.I. 24, 26) is granted.

2. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff.

                                                                                                                          _____
                                                                                                                       United States District Judge