IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNEST A. CRUMP, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-328-SLR |
| | ) |
| STAN TAYLOR, THOMAS CARROLL, | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| DAVID DUNINGTON, MICHAEL | ) |
| BRYANT, JOHN DOE # 3, JANE | ) |
| DOE #1 and JOHN DOE #4, | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of October 31, 2005;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Stan Taylor, Thomas Carroll, Correctional Medical Services, David Dunington, and Michael Bryant and against plaintiff Ernest A. Crump, Jr.

_____
United States District Judge

Dated: November 1, 2005

_____
(By) Deputy Clerk